# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO.  4:19-cr-56 |
| | ) | |
| Plaintiff, | ) | **JUDGE BENITA Y. PEARSON** |
| | ) | |
| vs. | ) | |
| | ) | **MOTION TO WITHDRAW** |
| **RYAN P. SHERIDAN** | ) | **MOTION FOR RELEASE FROM** |
| | ) | **CUSTODY** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the Defendant, Ryan P. Sheridan, through counsel, and respectfully requests this Honorable Court for an order permitted withdrawal of the previously filed Motion for Release From Custody (*Docket No. 67*).

For cause, the Defendant requests permission to withdraw this Motion with the ability to re-file the request at a later date with additional supporting information.

Wherefore, it is respectfully requested that this Honorable Court allow Defendant to withdraw the previously filed Motion for Release From Custody with the ability to re-file such request at a later date.

                      Respectfully submitted,

                      s/Damian A. Billak
                      **DAMIAN A. BILLAK (#0065274)**
                      *ATTORNEY FOR DEFENDANT*
                      Creekside Professional Centre
                      Bldg. F, Suite 100
                      6715 Tippecanoe Road
                      Canfield, OH  44406
                      Phone: 330-702-2000
                      Fax: 330-702-2970
                      E-mail: dbillak@billaklaw.com

2

**CERTIFICATE OF SERVICE**

This is to certify that on April 30, 2019, a copy of the foregoing *Motion to Withdraw Motion for Release From Custody* was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/Damian A. Billak
**DAMIAN A. BILLAK (#0065274)**
*ATTORNEY FOR DEFENDANT*
