IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:19-CR-056 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| RYAN P. SHERIDAN, | ) | |
| | ) | **ADDENDUM TO** |
| Defendant. | ) | **FIRST FINAL ORDER OF FORFEITURE** |

This Addendum to First Final Order of Forfeiture is hereby entered as follows:

1.      By the First Final Order of Forfeiture (R. 143), filed on December 18, 2019, the

following property, *inter alia*, was finally forfeited to the United States under 18 U.S.C. Section

982(a)(7) (health care fraud) and 18 U.S.C. Section 982(a)(1) (money laundering):

- The real property located at 448 Marshall Road, Girard, Trumbull County, Ohio; Permanent Parcel Nos. 26-058775, 14-247100, 14-505036, and 14-505035. RYAN P. SHERIDAN purchased the property on or about May 26, 2016, and it is titled to RYAN SHERIDAN.

2.      The lengthy legal description of this property was set forth in the First Final Order

of Forfeiture.  (R. 143: First Final Order of Forfeiture, at pp. 10-13).  That legal description

contained two inaccuracies:

First, page 11, line 8 of the First Final Order of Forfeiture presently reads as follows:

"03 minutes 00 seconds West a distance of 350.13 feet to a point on an easterly line of lands now"

The words "a distance of 350.13 feet" are hereby corrected to read "a distance of **380.13** feet".

Second, page 12, line 24 of the First Final Order of Forfeiture presently reads as follows:

"Commencing at a monument found at the intersection of the centerline of Canton Street with the"

The words "the centerline of Canton Street" are hereby corrected to read "the centerline of

**Carlton** Street".

3.      With these corrections, the legal description of the subject property is as follows:

Parcel 1 (Permanent Parcel No. 26-058775)

Situated in the Village of McDonald, County of Trumbull and State of Ohio;

Known as being Out Lot 5 in said Village of McDonald and being further bounded and described as follows:

Commencing at a monument found at the intersection of the centerline of Carlton Street with the southerly right-of-way line of Marshall Road; Thence along said Carlton Street centerline, North 04 degrees 50 minutes 40 seconds East a distance of 30.00 feet to the intersection of said Carlton Street centerline with the centerline of said Marshall Road; Thence along said Marshall Road centerline, North 86 degrees 03 minutes 00 seconds West a distance of 380.13 feet to a point on an easterly line of lands now or formerly of Busby Outdoor, LLC as recorded in O.R. 1207 at Page 301 of the Trumbull County Record of Deeds; Thence by the next two courses along said Busby lands, on a curve to the left having a radius of 5829.65 feet an arc distance of 71.17 feet with a chord distance of 71.17 feet bearing North 10 degrees 23 minutes 35 seconds West to a point of tangency; Thence North 10 degrees 44 minutes 34 seconds West a distance of 66.57 feet to an iron pin set and the true Point of Beginning of the parcel of land herein described;

Thence continuing along said Busby lands, North 10 degrees 44 minutes 34 seconds West a distance of 790.98 feet to an iron pin set on a southerly line of lands now or formerly of the Standard Slag Company; Thence by the next three, courses along said Standard Slag lands, South 86 degrees 02 minutes 00 seconds East a distance of 10.38 feet to an iron pin set; Thence North 10 degrees 44 minutes 34 seconds West a distance of 20.04 feet to an iron pin set; Thence South 86 degrees 42 minutes 03 seconds East a distance of 176.56 feet to a 5/8" iron pin (ID Daniel) found on the westerly line of lands now or formerly of Blanche E. Virgien et al; Thence along said Virgien lands and other lands of the Grantor, South 02 degrees 34 minutes 57 seconds West a distance of 786.72 to the Point of Beginning and containing within said bounds 1.683 acres of land.

Parcel 2 (Permanent Parcel No. 14-247100)

Situated in the City of Girard, County of Trumbull and State of Ohio;
Known as being Out Lot 2 in said City of Girard and being further bounded and described as follows:

Commencing at a monument found at the intersection of the centerline of Carlton Street with the southerly right-of-way line of Marshall Road; Thence along said Carlton Street Centerline, North 04 degrees 50 minutes 40 seconds East a distance of 30.00 feet to the intersection of said Carlton Street centerline with the centerline of said Marshall Road and the true Point of Beginning of the parcel of land herein described; Thence along said Marshall Road centerline, North 86 degrees 03 minutes 00 seconds West a distance of 380.13 feet to a point on an easterly line of lands now or formerly of Busby Outdoor, LLC; Thence by the next two courses along said Busby lands passing over an iron pin set at 30.94 feet on a curve to the left having a radius of 5829.65 feet an arc distance of 71.17 feet with a chord distance of 71.17 feet bearing North 10 degrees 23 minutes 35 seconds West to a point of tangency; Thence North 10 degrees 44 minutes 34 seconds West a distance of 66.57 feet to an iron pin set at the southerly corner of other lands of the Grantor; Thence along said other lands of the Grantor, North 02 degrees 34 minutes 57 seconds East a distance of 737.89 feet to an iron pin set on the southerly right-of-way line of Crandon Lane; Thence along said southerly right of way line, South 86 degrees 02 minutes 00 seconds East a distance of 459.71 feet to an iron pin set on the westerly right-of-way line of said Crandon Lane; Thence along said westerly right of way line, South 04 degrees 36 minutes 02 seconds East a distance of 850.34 feet to an iron pin set on the northerly right-of-way line of said Marshall Road, Thence along said Marshall Road right-of-way line; South 86 degrees 03 minutes 00 seconds East a distance of 20.22 feet to a point on the centerline of said Crandon Lane; Thence along said Crandon Lane centerline, as projected, South 04 degrees 36 minutes 02 seconds East a distance of 30.34 feet to a point at the Intersection of said Crandon Lane centerline with said Marshall Road centerline; Thence along said Marshall Road centerline, North 86 degrees 03 minutes 00 seconds West a distance of 178.62 feet to the Point of Beginning and containing within said bounds 10.258 acres of land of which 0.386 acres are within right-of-way.

Parcel 3 (Permanent Parcel No. 14-505036)

Situated in the City of Girard, County of Trumbull and State of Ohio;

Known as being part of Lot 10 in said City of Girard and being further bounded and described as follows:

Commencing at a monument found at the intersection of the centerline of Carlton Street with the southerly right-of-way line of Marshall Road; Thence along said Carlton Street centerline, North 04 degrees 50 minutes 40 seconds East a distance of 30.00 feet to the intersection of said Carlton Street centerline with the centerline of said Marshall Road; Thence along said Marshall Road centerline, South 86 degrees 03 minutes 00 seconds East a distance of 178.62 feet to the intersection of said Marshall Road centerline with the centerline of Crandon Lane, as projected, and the true Point of Beginning of the parcel of land herein described; Thence along said projected Crandon Lane centerline, North 04 degrees 36 minutes 02 seconds West a distance of 30.34 feet to a point on the northerly right-of-way of said Marshall Road; Thence along said Marshall Road right-of-way line, South 86 degrees 03 minutes 00 seconds East a distance of 20.22 feet to an iron pin set on the easterly right-of-way of said Crandon Lane; Thence along said easterly right of way line, North 04 degrees 36 minutes 02 seconds West a distance of 870.56 feet to an iron pin set on the southerly line of lands now or formerly of Blanche E.

Virgien et al; Thence along said Virgien lands, South 86 degrees 02 minutes 00 seconds East, passing over an iron pin set at 270.28 feet, a total distance of 275.67 feet to the low water mark of the Mahoning River; Thence by the next four courses along said low water mark, South 17 degrees 55 minutes 54 seconds East a distance of 159.95 feet to a point; Thence South 24 degrees 22 minutes 54 seconds East a distance of 297.40 feet to a point; Thence South 26 degrees 29 minutes 42 seconds East a distance of 154.21 feet to a point; Thence South 24 degrees 37 minutes 01 seconds East a distance of 159.12 feet to the northeasterly corner of lands now or formerly of George D. Potter, Jr. and Joan B. Potter; Thence along said Potter lands and lands of the City of Girard and Charlotte M. Kortes and other lands of the Grantor, North 86 degrees 03 minutes 00 seconds West, passing over an iron pin set at 5.69 feet a total distance of 277.06 feet to a 5/8" iron pin found at the northwesterly corner of said Grantors other lands; Thence along said Grantor's other lands, South 03 degrees 57 minutes 00 seconds West passing over an iron pin set at 177.90 feet, a total distance of 207.90 feet to a point on said Marshall Road centerlines; Thence along said Marshall Road centerline, North 86 degrees 03 minutes 00 seconds West a distance of 239.87 feet to the Point of Beginning and containing within said bounds 7.287 acres of land of which 0.167 acres are within right-of-way.

Parcel 4 (Permanent Parcel No. 14-505035)

Situated in the City of Girard, County of Trumbull and State of Ohio;

Known as being part of Lot 10 in said City of Girard and being further bounded and described as follows:

Commencing at a monument found at the intersection of the centerline of Carlton Street with the southerly right-of-way line of Marshall Road; Thence along said Carlton Street centerline, North 04 degrees 50 minutes 40 seconds East a distance of 30.00 feet to the intersection of said Carlton Street centerline with the centerline of said Marshall Road; Thence along said Marshall Road centerline, South 86 degrees 03 minutes 00 seconds East a distance of 418.49 feet to a southeasterly corner of other lands of the Grantor and the true Point of Beginning of the parcel of land herein described; Thence by the next two courses along said Grantor's other lands, North 03 degrees 57 minutes 00 seconds East, passing over an iron pin set at 30.00 feet, a total distance of 207.90 feet to a 5/8" iron pin found; Thence South 86 degrees 03 minutes 00 seconds East a distance of 105.60 feet to an iron pin set at the northwesterly corner of lands now or formerly of Charlotte M. Kortes; Thence along said Kortes lands, South 03 degrees 57 minutes 00 seconds West, passing over an iron pin set at 177.90 feet, a total distance of 207.90 feet to a point on said Marshall Road centerline; Thence along said Marshall Road centerline, North 86 degrees 03 minutes 00 seconds West a distance of 105.60 feet to the Point of Beginning and containing within said bounds 0.504 acres of land of which 0.073 acres are within right-of-way.

The above described parcels were surveyed under the supervision of Haven R. Grover, Registered Surveyor No. 6971, of WRLC, LLC on October 19, 2012, but subject to all legal highways and easements of record.

Basis of Bearing of the above described parcel being the centerline of Marshall Road, held at North 86 degrees 03 minutes 00 seconds West as shown on a survey for VSX Realty Development in May 2003. All iron pins set are 5/8" rebar with identification cap.

The record owner of the property is Ryan Sheridan. He acquired title through Instrument No. 201605310009616 of the Deed Records of Trumbull County, Ohio.

4.      As set forth in the First Final Order of Forfeiture (R. 143), the United States shall dispose of this property – namely, the real property located at 448 Marshall Road, Girard, Trumbull County, Ohio (Permanent Parcel Nos. 26-058775, 14-247100, 14-505036, and 14-505035) - in accordance with law and, particularly, the proceeds of the sale of the property shall be paid as follows:

a.)      To the United States Marshals Service for the payment of all reasonable expenses incurred in the rehabilitation/preservation of the property pending its sale, and for payment of the reasonable costs of the sale of the property.

b.)      All outstanding property taxes.

c.)      Other encumbrances, if any, due and owing in accordance with federal law.

d.)      The balance of the sale proceeds remaining after the above disbursements shall be paid/forfeited to the United States.

**SO ORDERED** this  10th  day of January, 2020.


    /s/ *Benita Y. Pearson*
Benita Y. Pearson
United States District Judge, N.D. Ohio

5