I, Ryan Sheridan was raised in a home with a valium addicted mother with anxiety disorder and a father with alcoholic tendencies. It is somewhat poorly used word choice to say I was raised in a family because both of my parents were so self centered that no "real home" existed. Due to weight problems I was bullied and bullied and suffered substantial depression. As I sought to improve myself in sports, particularly wrestling, with no support or involvement by my parents. I had impulse control issues that led me towards alcohol use even as I started high school. In 9th grade my mother, over and episode where I had some beer, told me to move out of the "home". I remained homeless for years sleeping on various people's sofas as I was unable to attend school because I had to work many odd jobs to support myself. I was never invited back to live with my parents. My early jobs were babysitting, night shift in restaurants, banquet hall bingo setups and some construction. My family background was completely blue collared as my mother worked as a cocktail waitress and my father worked in construction. At age 17 my girlfriend became pregnant and I had to work harder and numerous jobs to put my new family into an apartment. After my daughter, ██████ was born I was working construction, stocking beer trucks, roofing and operating heavy equipment. My relationship with ████'s mother rapidly fell apart due to her substantial substance abuse. I further abused alcohol and an assortment of other drugs such as Doctor prescribed opioids, THC and cocaine. I continued to work hard and party harder and then my life to a turn with the death of a close friend, ██████████, by an overdose. The night that ████ overdosed I had been with him earlier and he had taken opioids and then ended up doing more after I left. The following morning he had died and I felt a huge sense of responsibility that I had failed my friend. I then dedicated my life to helping his wife Jennifer as she was due to have his daughter Brittany in days. The day ████ was buried ████████ was born. In memory of ████ I helped raise ████████ and her older sister ████ who was ████████'s daughter by a guy named ████████who had committed suicide. I then married Jennifer because I thought it was the right thing to do for ██████.

Therefore, in my young adult life my reality was being affected by substance abuse in those I cared for. Friends of mine had died due to overdoses and suicides. Then a huge transformation occurred in me. I was arrested for a DUI and possession of various drugs. I was sent to a DUI school and I felt it was useless at first. But, I felt I had to stick it out because my roommate was my father's best friend. I was literally blown away with the passion I felt from the individuals leading the groups. I became engaged in recovery. I saw the joy I could find serving others through this crisis that had produced a high death toll within my close friends. I continued working various jobs while I became obsessed with being connected to that DUI school. I started volunteering there by serving food at lunch. I then worked as security for the school while I became trained as a CDCA (chemical dependency counseling assistant) where I was finally able to live out the short term goal I'd become obsessed with. I was now working to help addicts.

Around this time I became involved with two exceptionally influential people in the field of recovery and in my personal life, Bob and Kim Scotchie. I felt unconditional love from them. They accepted me which is something I'd never felt before, not ever from my own parents. They guided me and built me up and within 5 years I owned this DUI school and also attained 10 years of sobriety. I learned that the effective path to sobriety was serving others in their struggle with the disease of addiction. My motto in life has remained "A life lived for others is a life worthwhile". Bob was my mentor and taught me to be obsessed with the process to succeed in business. Bob and I wanted to go above the usual business practice in addiction recovery. We were sick of seeing places where money was put before quality and the disregard for the tragic gaps due to client's deaths in the care of addicted persons. He and I formed

"Scotchie and Associates by folding in my company Sheridan Enterprises into our mutual endeavor. We rapidly grew into many needed services in the addiction recovery marketplace. While continuing the DUI school which was regionally regarded with great respect as it was awarded court referrals. We added services of House Arrest bracelets, mobile drug testing and providing drug testing supplies to probation offices. Our services were coming increasingly in contact with halfway housing services while we began competing with the previously established and quite successful Neil Kennedy Recovery Center. When Bob Scotchie committed suicide I felt a devastation like I've never felt before.

I continued working at GM and DJ weddings on weekends as I was building my business for recovery. Then my life would become shattered again. I found out that my wife Jennifer was unloyal and unfaithful and that a child whom I believed was my son, Jeffrey, was actually not my son. She had been cheating and got pregnant and let me think it was my child. I had a paternity test and it confirmed he was in fact not my child. My parents knew of her affairs and never told me. I was surrounded by lies and deceit. I chose to raise him as my son as we had a new baby, Shaun, which is my son. I then lost control and my sobriety vanished and I suffered severe depression and suicidal thought. I truly felt I wanted to die. I only functioned enough to go to the office to sign checks. It was around this time when my mentor and closest friend and only father figure Bob Scotchie committed suicide. Bob and his wife were my only true family and this was beyond devastating. They replaced my selfish and physically and psychologically abusive family that I was born into.

I climbed out of my suicidal depression and relapsed substance abuse and began a series of pivotal decisions which all combined led to massive business success. All of these business advances came from "failures" I assessed by looking at the global needs of addicts over the continuum care, particularly their death rates. By now, recovery business had made a huge shift to a focus on our monstrous opioid crisis (opioid pills, heroin, fentanyl). The first advance I took to combat this crisis was an expansion from solely outpatient treatment services to inpatient services. I did this by occupying a vacant ER/Surgery Center in Austintown. On the ground floor I placed a detox center and immediately upon opening all of our beds were full. On an ethical basis I chose not to keep a waiting list but immediately referred clients to other centers because a delay to start detox is often fatal. The detox covers the first 7-9 days of critical early treatment in which the fatality rate is high. Next, I pushed myself to the limits of creativity as I feel no price is too high when trying to solve the gap of care in treating addicts. I took every death as a critical failure of any recovery center structure to which I was obsessed with night and day to find a solution. The gap of care occurs between the 7-9 to day 30 of sobriety. The continuum to solve this problem of critical and deadly time for the addict was founded on a couple of realities of the usual recovery care business structure. Detox occurred in 7-9 days, however, to meet the requirements to enter sobriety housing a client must be sober for 30 days. During this gap of time (day 9-day 30) the addict was sent home to the same people and surroundings which can be deadly for a sober addict. This creates insurmountable cravings for the drug abuse to resurface.

I then attended a Ohio Recovery conference in Columbus and I took with me the obsession to solve this deadly gap in care. At the conference there were people from a myriad of discipline within the Recovery business. I approached a large variety of people and began seeing some potential solutions to the previously unaddressed problem. I set up a series of meetings with key persons who may present options to solve this problem. After much frustration and no solutions I had to take an approach that gratified me, but was a business decision that diminished profitability. I did this because it is the right thing to do. I negotiated a flat rate for recovery housing which I chose to pay on behalf of the

vulnerable addicted client.  Thereby they would be in a setting from day 7-9 to day 30 of sobriety to protect them during this deadly phase of sobriety.  In my business there was an allocation of profits I made on other services to then provide free protective recovery housing to the addicted client.  I not only provided housing but also provided food, transportation to court and physician visits, parenting needs and other situational client needs.  I then developed two tracks of care into this gap period, namely supplemental living and transitional living environments.  This matched up a living arrangement with an addicted person's needs at this critical stage of sobriety in their recovery.  Courts never saw my rehab centers as 100% solutions.  Braking Point Recovery Centers now had formed it's unique identity. Yes, my company would address several obstacles to meet my expectations of quality and excellence, however, our identity was established.  I addressed the grief needs of my staff when a client died.  I had a zero tolerance policy for my staff abusing my clients by forming intimate relationships in our client's vulnerable state,  This occurred at least 7 times  I fired them immediately.  I also had a Recovery center in Columbus which was ran by a well known man in this business and that allowed his greed to cause our reputation in that community to plummet prior to his overdose death.  I met with all the staff there and we worked to turn around the devastation he caused there and did many things to restore our community standing such as food drives, super hero dress up and also dressing as Batman to take pictures with kids at community events.

I began programs for nurses to regain professional licensure after drug problems and many lives were turned around.  Recovery without social integration for everyday living is not supportable or realistic.  I developed a network of Doctors who would continue the care that clients came to depend on after getting through the detox period.  I employed ex convicts and sought in every challenge to equip my clients with a complete "tool box" for success with sobriety.  I worked hard on affordable care for my clients while enhancing quality.  I knew my clients would have brief family financial support but not enough for life changing treatment because of the duration of care needed.  In some instances my bottom line profits were sacrificed so my clients could have a chance at sober living by receiving life changing care.  Sobriety menas everything to me.  I see so many faces of my deceased friends and loved ones who all attest to the fatality of addiction without sobriety.  My goal was to always go out of business and to see my detox unit with all empty beds because they're all sober now.  I always hoped to have to redirect my life's work to some new challenge.  Quality, effective addiction treatment possessed me 24/7 and areas of my life such as my family.  Addiction is a disease that always whispers or yells at you excuses to use drugs or alcohol.  The control of addiction is only possible when addicts serve others with all of the passion they had to use drugs.  This forms a reciprocal altruism cycle where addicts in recovery do best when they help other addicts to get and stay sober.  My own business was my most effective way to help me to stay sober.  Furthermore, care of addiction needs a truly global approach. Recovery treatment is in infancy and requires bold new care models.  I am proud of my work in this field. I not only see the faces of my dead loved ones but also the myriad of joyful faces of those clients whose lives have turned around and are not living out their lives to their full potential.  In a literal sense, I thank my clients for helping me turn around my life and reach my full potential.  I don't get drunk by getting someone else sober.

My intense passion from my work and to serve others propelled me into philanthropic pursuits.  I was proud to spend my time and money on supporting great local causes.  I was most animated in volunteering with not only money but also by participation.  I sought after causes that obtained their funding by donations because I felt if I got attention to them and I participated in volunteering or

donating then others would also follow.  A cause dear to me is the Rich Center for Autism.  I wanted to help create a miracle where children with autism no longer suffer from emotional isolation.  I have always strived to create a loving and caring environment for my children and I want every kid to have a chance at the same.  I did two thrill seeking endeavors to raise money and awareness for The Rich Center.  I climbed Mt. Kilimanjaro in Tanzania which has an elevation of 19,341 feet.  I also did Run with the Bulls in Spain  The major themes of my live involve service to others, service to my family, my work in addiction recovery and volunteering.

My family is the utmost of blending and is expanded by children who lost a parent to addiction or suicide.  I am married to a most incredible woman, Kristin Sheridan, whose love and care goes far beyond anything I've ever experienced.  Since meeting her, I have come to know what a real Mother and a true partner/Wife really is.  She is also the strongest most compassionate and most sincere woman I have ever known.  She is also a fighter as she has been battling ▮▮▮▮▮▮ now since 2016.  Yet, she tries every day to make sure everyone is taken care of and she is in school currently so she can obtain certifications and licenses and gain employment.  Between the two of us there are 8 children and 2 grandchildren.  The minor children are ▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮ and two granddaughters ages 2 and 5 months.  The others are ages 21-25 ▮▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮, ▮▮▮▮▮.  All of them are very well rounded individuals. I am proud of each and every one of them.  Kristin and I share the common goal of trying to always make sure that no matter what each one knows they are loved and cared for and will always have a home without judgement.

Honorable Benita Y. Pearson
c/o Atty. Damian Billak
Billak Law Office
Creekside Professional Centre
Building F, Suite 100
6715 Tippecanoe Rd.
Canfield, OH  44406


I am writing this letter on behalf of my husband, Ryan P. Sheridan, who is facing sentencing for case 4:19-CR00056-001 after pleading guilty to 6 charges that hold 60 counts total. I want to say that I do not believe in my heart that Ryan is guilty. I do know that as the sole owner of Braking Point Recovery Center both in Austintown and in Columbus, he is responsible for everything that happens within these businesses, however I do not believe he should have all 60 counts against him. I knew Ryan both personally and professionally prior to being in a relationship with him and then becoming his wife. I can tell you that the first day I met him I was impressed with his desire and passion to do anything he could to help others. I was recently diagnosed with leukemia and was working several jobs as a single mother when my sister in law asked me if I would be interested in taking a full time job as a housekeeper that a former co-worker of hers contacted her about. It was a very hard time for me and between being sick from the chemo medication and tired from working several jobs and sacrificing my time with the kids so they could have a home and food and clothes, I decided to go for the interview because it was 40 hours a week and Monday thru Friday and I could be home more. This is when I met Ryan in October of 2016. After meeting with him and going over what he needed because he was so busy with work and had the kids all the time, I talked with my kids and we agreed that it would be a good thing. Ryan was very professional and listening to him talk with such passion about what he does reaffirmed my decision to take the job. I didn't tell him of my condition until later when I had to take off to go to the Oncologist and get my chemo medication. It took him by surprise yet he was very accommodating. As time went on we built a strong relationship. I basically ran his life outside of Braking Point from cleaning his home, doing laundry, dropping off and picking up dry cleaning, grocery shopping, making dinners, picking up kids, doing homework with the kids and anything else that needed done. The best part was that I could have my daughter with me as well after school got out because I would pick her up and bring her back to the house while I finished doing what I had to do. I could also attend volleyball games and track meets and conferences.

Ryan and I became really close and I would see the stress that he was under and how his work consumed him so much of the time because they were so busy. He is an amazing father and he had the kids pretty much every day. I admired him for the work he was doing to help save lives and for the father I saw him being to his children. I watched him struggle at times with being overwhelmed and exhausted and we would have long conversations and then he seemed to come back up. Then after a while we started dating. It was nice because my kids knew him and I had gotten to know just about everything there was to know about him and I trusted him. It was like we both found happiness and peace with one another.

Then the raid happened in October 2017. It was scary and stressful and it really affected the kids because it was so public. I had this man who was high on life and successful and saving so many lives in such a desperate time in our community, who now was being shut down and things being seized and assets frozen and taken and he had no idea why. He was a wreck thinking about where the clients are going to go and how they would survive and not to mention all of his employees that just lost their jobs. He worked nonstop with attorneys and business associates around the clock trying to figure out what was happening. Then once he had to face that Braking Point would not be reopening and his life was

now at a stand still, he started spiraling downward. I never left his side from that day forward. He became depressed and it just got worse. I tried helping him. I tried holding the family and kids together. I tried keeping him together. But Ryan's demons got the best of him. He truly does live his life for others and that's how he stays on track. But when the companies were shut down, it destroyed him.

I know the Ryan Sheridan that is smart and strong minded and successful and determined and I also know the Ryan Sheridan who is feeling defeated and broken. I know that he has made mistakes, but as far as the charges with this matter, I do not feel it is fair or just. If there were mistakes made in the company with billing and charts and the Doctors, then why couldn't it have been a corrective action issue and if these things were not fixed properly in a timely manner then further action be taken at that time. I do believe that Ryan is a highly intelligent man, however he is not a doctor, nurse, counselor, therapist or billing associate. He paid people to do a job that they were hired to do.

I know that Ryan would not steal from anyone or anything. He is just not that person. I know he had numerous accountants and attorneys that guided him along the way so he didn't do something wrong. If he did do anything wrong personally, I do not believe it was intentional or with knowledge. It doesn't even make sense that he would spend years building a business with the passion to truly help people and save lives to then destroy it. And they obviously treated patients every day so the number that they are claiming to be fraudulent makes it seem as if they never treated patients.

I am asking that the court grant leniency to Ryan in this matter because I do not think he deserves a severe punishment when the reality is that he was successful and his company had very high success rates and he was very public in what he was doing with the hopes that he could get others to follow and everyone coming together trying to help solve this horrible crisis and to give to causes that are local to us even here in the Mahoning Valley. He was both successful and wealthy, and he did this all with the experience and dedication and drive that he had within himself to make a difference. I don't think there is a chance of recidivism in this case because of the nature of its matters.

I also know that my husband needs help both with his addiction as well as with his physical and psychological state. I don't think he should be punished for that but rather he should be helped so he can recover from all that has happened in a healthy way. I am asking that you don't give him a lengthy or unjust punishment and help him because at the end of the day, he has kids that need him and love him and we all know how fast they grow up.

Thank you for your time in reading this letter.


Sincerely,


Kristin Sheridan

Dear Judge Pearson,

I am writing you in Regard to Ryan Sheridan. My husband Bob and I met Ryan years ago when he attended our driver intervention program. Often when young People just can't grasp the Idea that they have a problem with alcohol and Drugs. About three weeks later, one night there was a knock on my front door. Ryan was standing there with his 3-legged dog, tears running down his face when he said, "Kim I don't want to be drunk and high anymore." I brought them in and told him, "You don't have to live this way anymore."

Ryan went to treatment and attended A.A. meetings often. I never knew a kinder, more considerate and generous young man. He became the son Bob and I never had.

A few years later we lent Ryan the money necessary to start his House Arrest Monitoring system and brought him into my husband's private practice, Scotchie & Associates. Ryan paid back the $7000.00 we lent him. He was an Exceptional father, our offices were always full of toys from his children. The years went by and Ryan's Recovery was Solid and he loved helping others.

After my husband's suicide in September of 2014, Ryan made sure that I had food to eat and my utilities on. I had gone from an income of approximately $80,000 per year to $840.00 per month disability.

I had worked in the drug/alcohol field since 1992, the last 10 years at Mahoning County TASC where I did the assessments for all County, municipal and Common Pleas Courts, The Felony Drug Court and the Adult Parole Authority.

I know what Ryan has been charged with and that he has pleaded guilty to all charges and accepted responsibility for his wrong. I cannot see that Ryan could be a danger to society in any way and I don't believe that after a situation as serious as this, that Ryan would do anything against the law again.

Judge Pearson, I don't know what happened to that beautiful young man that stood on my porch that night. I'd heard that he had started drinking again too late, the legal process had already begun. Was he too young to get so much, so fast? I feel bad that I was the one who encouraged him

to open a treatment center. I know that I could never "Just drink", Just smoke weed" or Just "snort cocaine." People like Ryan and myself must remain totally abstinent with 12-step support and I believe that his drinking and drug use exacerbated his downfall.

I love Ryan like he is my own child and could never stop loving him even though the seriousness of his crimes and the gravity of his situation breaks my heart for him.

I know Ryan must pay for the crimes he has committed. I believe he knows this too or he wouldn't have plead guilty. It is because of my love for him and faith that he can turn this darkness into something beautiful some day that I ask that you be as lenient as possible at his sentencing.

Respectfully yours,

T. Kimberly Scotchie

Thank you
for your consideration



Dear Judge Pearson,

I am writing on the behalf of my father Ryan Sheridan, I understand he has plead guilty. My father is a good man with good hearted intentions who made a mistake. He's a wonderful father to all of his children and I could not imagine him not in our lives. Especially his two younger ███ who are ███ and ██ and really don't quite understand what is happening right now.

Most people who end up in prison, their families see it to happen for their poor life choices. My father is a hard worker and a good hearted person and we never saw this happening to him. My father is not a hard criminal, he has made a mistake that had gotten him to where he is at but he is by no means a dangerous and hard criminal. I do not see him being a threat to society, himself, his wife, or his children.

I just gave birth to his first grandchild ███ months ago, ██ name is ██████ and he hasn't gotten to meet ██r yet. I was on the phone with him right up until the moment I had to push and the fact he hasn't even held ██r yet makes my heart hurt.



I hope that maybe you will let him out between his sentencing and his date that he will be moved to another facility. He in all honesty, just wants to get this over with. He's got a few things out here he needs to take care of before he goes away. Meeting my child, his very first grandchild is only one of them. He also needs to explain to his two younger ███ what is really happening right now because they are very confused. To them, one day without any warning he went away. And what he did that weekend was stupid but he is in such a better mindstate now.

My father is a family man. And he really only cares about if we will all be okay while he is away, he knows he can do his time and has no interest in being in any kind of trouble ever again but please consider his 5 children. My sister Ashlea, is in Kuwait right now and her mission out there might change given the current circumstances with Iran. My sister Brittany, just started college, and I just had my first child. His two ███ are going into their ███ years and need their father there for them.

Thank you Judge Pearson for your time.

-Sierra Sheridan

Dear Judge Pearson,

I am writing this letter regarding my father, Ryan Sheridan. My name is Brittany, and I am one out of the five kids he shares with my mother. I understand that my father plead guilty to the multiple charges that were held against him; however, I do not believe that those acts should define his character. Ryan is not my biological father, but he raised me like I was his own child. My biological dad passed away days before I was born, but Ryan was there ever since, raising me and giving me a life that he knew I deserved. He was there in the hospital the day I was born and has watched me grow up ever since. Growing up, my dad and I were very close. Him and I started running races together when I was eleven, and we would travel different places over the weekends when I did not have school. We spent hours together in a small, brown Cavalier car driving to Vermont or Minnesota and many other states. During those times, my dad became one of my best friends.

One of the things my dad used to say a lot was the quote "A life lived for others is a life worthwhile" and I think he lived by that for a while. He said it so many times that even I find myself using it in my life currently. He taught me so many things by what he chose to do with his life and I hope that one day, when I have kids of my own, that I am able to give them half of the things he was able to give me. He has shown me how much he cared for me, my brothers, and my sisters. My father has taught me many things, but the best thing he taught me was to be strong and independent. I accomplished so many things because of my dad. I pushed myself through all the races we ran together; it made me stronger physically and mentally and allowed me to realize how capable I am of doing whatever I want. Only my dad and these experiences I have had with him would have allowed me to realize this about myself. All our trips we took together to different states for races led me to running cross country and track in high school and becoming part of a bigger family with people I share so many stories with.

I am forever grateful for everything my dad has pushed me to do. When I was younger, my dad and I would get into arguments about me running races because I would be too tired to go or I just did not want to go. In the end, I ended up going to these races, but I am so glad I did them. I am so happy he led me into the running world because it is one of the greatest things to happen to me. The relationships I have made with coaches and people who were once strangers has showed how family goes way beyond blood.

My father cared and still cares about so many people. He has done so many good things for others out of the kindness in his heart because that is who he is as a person. When my mother and him divorced, I spent months trying to convince my dad to get us a dog, but he would always say no because they were too much work and he did not think we had the time for that. However, I finally convinced him, and we drove four hours to pick up a puppy. It was surprising, honestly, because getting a dog was something my dad was very adamant about not getting. But, he did it for me because I was going through a hard time and he was too at the time. Unfortunately, this past summer, our dog passed away at only two and a half years old. It was one of the hardest things I have had to go through this year because my dog was one of the only things that I had left to hold onto that my dad and I both shared.

Ryan Sheridan is a good man. He is a good father, friend, husband, and the many other things he is to others. I know this because I have seen the relationships he has built with these people. I was basically his "wingman" for a huge chunk of my life. He always put his kids first before everything else, and I know the one thing he wants most right now is to come home and see all of his kids together, even if it is just for a few weeks or months. Not being able to see him this last year of my life was super hard, especially because it was such a monumental year. I graduated from high school and went to college, my sister had a baby girl, and my other sister was deployed. I do not think my dad would ever get in trouble with the law again, especially if it meant missing so many life changing events like he has this year. I also do not believe he is a threat to any community.

Please consider leniency when reviewing my father's case. Crimes have been committed, but he has already missed so many huge changes in his children's lives. My dad is a good man, and I hope other people believe this too. He would never jeopardize losing his relationship with his kids, his wife, or any other family members or friends. I can only imagine what it feels like to be him, but as his child, I can tell it is so difficult for him to see everyone moving on without him while he is stuck in the same place watching time go by.

Brittany Christmas

Honorable Benita Y. Pearson,

    I am writing this letter on behalf of my step father, Ryan Sheridan. I met Ryan in 2016 because my mom started working for him. I was happy that she was getting a job that would only be Monday through Friday daytime hours so she could be able to attend my sporting events and such. I was also happy because she was really sick at the time and it is very hard to watch my mother struggle and yet still have to go to work or be there until closing because she worked in retail. I thought Ryan was a fun and energetic person. He always had the kids (Brittany, Shaun, Jeff) with him. I knew he was busy working a lot even when he would get home, but he still made time to talk with the kids about their day and school and stuff. He was also very kind to my mother and I. He gave us a car to drive when we needed one and he even paid for my homecoming dress because he knew we were struggling and he wanted to help. Then, my mom and Ryan got closer and spent more time together so I started to develop more of a "bond" with him. I was never close with Ryan in the beginning but we started to talk more. On the other hand, I grew extremely close to his kids, Brittany especially. My mom and Ryan started dating and one thing lead to another, and before we knew it we became a family living together.

    I understand that Ryan has plead guilty to the charges in this case. The only thing I can say about that is that I don't see Ryan ever stealing from anyone. I know from listening to him and hearing about the company that he was doing a good thing by helping people who are addicted to drugs and alcohol and saving lives, as well as helping others in and around the community and donating to causes. I also understand that when you are the owner of a company it is your responsibility to ensure your employees are doing things accordingly and abiding by all the rules. I don't feel as if he would knowingly defraud the government because he did have high standards and regard for others.

    I hope that Ryan will be granted leniency because he has two young sons who need to have a relationship with their father. I also do not believe in extended incarceration for a matter such as this. With that being said, I do know that Ryan needs help with his addiction and that he needs rehabilitation because I believe that he could significantly benefit from those services. I feel that after the raid happened, Ryan became severely depressed and began drinking and it just kept getting worse. A while after the raid his mental stability significantly decreased and we hardly got along and pretty much had different viewpoints on everything in my life. It's very hard to watch a loved one struggle with depression and addiction, but I think rehabilitation will only put him in a better place and a reasonable amount of time will make it okay again for him to come home without worrying about his actions.

                          Sincerely,
                          Allycia Flowers

Honorable Judge Benita Y. Pearson,

I am writing this letter on behalf of my son-in-law Ryan Sheridan. I knew Ryan first when my daughter started working for him. I also saw him on T.V. for his commercials and saw how he was also donating to local causes and the progression he has made. I met him personally aft my daughter started getting into a relationship with him. He was always kind and respectful when in my presence and I felt he always went lengths to make sure everyone around him was happy.

I am aware that he has plead guilty to the charges in this case. I think it's very unfortunate that this happened, and I've seen the damage it has caused to him and to my daughter and all of the kids involved. I do not believe that Ryan would have intentionally done the things that he is charged with because he was very proud of his work in the recovery field. He always strived to give back to the community and genuinely help people.

I do hope that Ryan can use this time to stay sober himself and that he gets the help he needs, because I think his battle with addiction is what put him where he is today. He has put my daughter and granddaughter through things people should not have to deal with. However, I still think Ryan is a good man. He just needs time to rehabilitate and make a better person out of the depression and alcohol that took him over when he was at his worse.

                                        Sincerely,
                                        Carol Stalnaker

# RYAN SHERIDAN

James Sheridan | jsherid2@kent.edu

January 9, 2020

Dear Judge Benita Pearson:

My name is James Sheridan and I am the youngest brother to Ryan Sheridan. I am a war veteran of two tours to Iraq and still currently serve in the Ohio National Guard. I have a BSPH and MPH from Kent State University and currently work for the City of Columbus as an Occupational Safety and Health Officer for the Department of Public Service.

I am writing this letter not at the request of Ryan Sheridan but still would like to speak about his character. I have had close relationship with my brother personally and professionally over the last 15 years. He is my brother so I believe I do know him very well and the type of person he is. My brother is one of a kind in many ways good, I'd even say great. In a few other ways maybe not so much but we are all human and if we didn't make mistakes, we would never be able to learn and grow.

Ryan has affected so many people in a positive way and has committed so many acts of kindness for others that it would take not just a book, but series to describe to you them all in detail. It actually made this letter extremely difficult to write because the instructions were to stay in reason with how many pages. So, I have decided to take two different times where my brother was someone to admire.

During my second deployment from Iraq we had internet access on a limited basis. Though, you are surrounded by plenty of people, you find yourself very alone a large amount of the time emotionally. My brother recognizing that particular struggle would play games like chess and battle ship with me on the internet on yahoo messenger. Sometimes for a short time, other times for hours, chatting back and forth, keeping me company,  He would also almost every

Street Address, City, ST ZIP Code

Office: Telephone | Website

month send me a care package with books, movies, and other small food items that we were unable to get early on.

Now, this is probably normal activity by the sounds for a family member but the details I never realized to later was... my brother was working at GM full time, taking care of 5 kids, and trying to start a company called "Braking Point." His time in value probably exceeding any person I knew. I could not even get a close friend or other family member to pick up a phone, let alone spend hours playing a digital board game. (Candy crush did not exist yet)  Those care packages that were mailed, each one the cost was over twenty dollars to just get it to me, not even including the contents. Keeping in mind at that time my brother had to make a payroll to a girl helping him with a toaster to make up for the money he was short. Which he later did make up to her.

This occurred before the business took off, while he was living in my grandfather's house, living check to check as most of us do. This is the person you are looking at in your court room. Not the monster that the people of influence want you to believe. I am unsure if I would be able to write you today if it was not for this particular act of kindness.

The second moment that comes to mind of what I will refer to his list of outrageous acts of kindness. It is not the large amounts of money he donated to charities because though no other person would do what he did, his situation makes everyone believe those acts were not genuine. The autism foundations, the walks for heroine, or local police forces. I actually remember when the Caribbean was hit with a disaster and a ticker was going across the bottom of the screen while we were out to dinner and he called and made a large donation. When I asked why, he simply said they need it. It still is discombobulating to read or hear the things this prosecutor says about him but to have witnessed this.

On Facebook Ryan read one day that a young lady he went to school with, her young child had passed away. I still do not know why to this day it struck him so hard, maybe because he has kids, I was never really sure. He was actually was not even very good friends with her. He anonymously paid the funeral bill for her child because he had seen a "go fund" or people asking to support because the single mother could not pay for a proper burial. When I asked why, he simply said because "I am able to." and just shrugged at me. I am unsure if that women even knows he did it, to this day.

I now watch as the news paints this monster for owning cars, a house, or enjoying a life style but no one remembers that he gave every employee no matter how high or low a bonus.  He ensured his facilities were the nicest and the clients had the best amenities.   Those cars...they were used for charities, I know because I dressed up with him as a ghost buster and as Robin.   He ran marathons for all different causes, climbed mountains, and spoke at events to build support for whatever the cause.  His acts of kindness were not all financial.  He literally climbed a mountain, putting his health in harm's way. For autism.  That is not an act of a monster or evil person we have to concern ourselves with in society. It might be a slight bit a madness but the kind of madness we want in our lives.   I know my brother is not a threat to anyone, I say this now when we are not even in a good place in our relationship.

My brother surely is not perfect.  He has said things, he has a temper, and he has an additive personality.  He is human, not perfect, but nobody is.  We did not come from a family of wealth, we watched our parents struggle every day and work very hard for they had.  I believe when his company grew so quickly that he worked so many years building, working two jobs, sleepless nights, raising children, and trying to stay sober that he wanted to finally enjoy being out of all those struggles.

My brother moved out when he was 17 years old and got a job dropping out of high school to take care of his first child.  He became an adult way faster than anyone should. I can say that, I was in Iraq when I was 19.  I know what having to grow up too quick can do.   He made mistakes but he learned from them as you can see at his record from his young years.  Those years were filled with decisions that were not agreeable but over the last several years till this recent event, a speeding ticket was his largest offense that I am even aware of.

My brother mismanaged his company because he listened to lawyers and medical professionals who wanted his money but did not want to give the proper advice.  He hired friends and family instead of professionals.  The agencies that overlooked his programs never gave him a chance to correct the mistakes and pay back whatever was not proper but instead made an example. Ryan's company was saving lives, not hurting them, just as he always intended it do.  I believe that has been forgotten.

Ryan made poor decisions along way but I do not believe he deserves to have the rest of the best years of his life taken from him.  He is an addict who simply needs help and a punishment that fits his crime.  Ignorance, not malicious acts,

Street Address, City, ST ZIP Code

Office: Telephone | Website

not acts of harm, an act of simply not knowing. I truly hope and pray that you as his judge do not take the perspective of those who gain from his loss. Don't look at the history of who he was. Look at who he has become before this incident. His life, family, and everything he has ever owned has been taken.

When you commit a crime you should be punished I do not want to argue that. Ignorance is not a reason but it is a relevant factor to the intent. Please be lenient with your sentencing so that someday our family can be whole again. His kids can have their father back and Ryan can get the help he needs. Everything has already been taken from him, please do not take the rest of his life along with it. I have never asked anything from anyone in any capacity and served our country without hesitation having gave 3 years of my life to fighting for it overseas. I am asking and begging you to please see the good person my brother is and the great things he can still do. Do not take him away from his children for the rest of their childhoods... they need him too.

Thank you for your time.

1/10/20

Sincerely,

James Sheridan



$\mathcal{D}$EANNA $\mathcal{M}$ARCHIONDA

47 CENTRAL SQUARE UNIT 1201
YOUNGSTOWN, OHIO 44503
330.233.0920

January 9, 2020

Dear Judge Pearson,

I have a heavy heart as I write this letter about my dear friend, Ryan Sheridan. I am aware he has pled guilty to take responsibility for his connection to wrongdoings. That's Ryan, always taking responsibility. You see, I know Ryan both personally and professionally and it's shocking to me, knowing his character, that he intentionally would have done anything that would have jeopardized anyone in anyway. The Ryan that I know would not have jeopardized the jobs of his employees, the livelihood of their families, and absolutely would not have done something that could cause harm to any being.

Ryan's heart walks through the door before he does. I remember the moment I met him, because his heart walked through the door first. He walked through the lobby door of our building, and I saw this man dressed in a smile, a Batman T-shirt, blue jeans, and surrounded by doting children. I wasn't sure at first if he was one of the kids or the dad. He had such a jovial spirit. I came to find out, months later, that Ryan had just moved into the building and was going through a difficult time; yet, you wouldn't have known in that moment. Looking back, even then, he wanted to find a place "the kids would enjoy" in the new neighborhood for dinner. It was not about "him". I gave him restaurant suggestions and my business card and we became fast friends; especially since my kids and his were about the same age.

His immediate reaction to seeing my business card was to ask, as an investment advisor, if I could help his employees. I came to find out that he had grown his company overnight serving people with addiction issues; because, it is an issue that has shaped his life. He wanted me to put together a retirement program and was never concerned about how it could benefit him. Ryan was only concerned with how it could best benefit his employees. He put them first, as he put those kids first.

I found out that one of his children was adopted after her father died of a drug overdose and another child after a friend committed suicide. Ryan is a man that is always taking responsibility, even when that responsibility is not his to take. He is the warrior that will carry a burden for others. And when I say a warrior, I mean a true Iron Man warrior that would do the hardest of hard, push himself to the limit, financially or physically to see others succeed.

I saw him display that trait on many occasions as he got involved in charitable works, run Iron Man marathons, and the like. I saw him, not just donate his money, but donate time to The Rich Center for Autism and to children that were disadvantaged with various organizations. I saw him risk his life and climb Mount Kilimanjaro just to raise money for children with autism. I saw him buy, not exotic sport cars for himself, but cars from movies and comics so he could see the smiles of children as they would meet "Batman" at a fund raiser or charity event. Ryan even dressed up as Batman and would sit in the hot sun in a crazy, rubber, full-body-suit himself just to see the joy that his presence (Batman's presence) would bring to these children's faces. He got joy, not from having a car for himself, but from seeing the joy in other's eyes.

We discussed often how he could make a bigger impact on the community, his family, and the world. Like many great leaders he had his insecurities and he expressed to me on several occasions his insecurity of his lack of formal education. As his business grew, as his charitable works grew, he found himself in a world surrounded with "educated people." Although he had way more expertise from his education from the School of Hard Knocks, much more financial success, and a vaster vision then all of those "educated people", he still found himself insecure. So, he surrounded himself with experts and relied on the insight from these experts to guide him: be it attorneys, accountants, friends, doctors, auditors, bankers, and myself for financial advisement. Once he called me on his way

$\mathcal{D}$EANNA $\mathcal{M}$ARCHIONDA

47 CENTRAL SQUARE UNIT 1201
YOUNGSTOWN, OHIO 44503
330.233.0920

to a charity golf outing for The Rich Center for Autism, in which I sit on the board, and asked me what he should he wear?! His jeans and Batman T-shirt were not appropriate for the Country Club outing Braking Point had sponsored. Braking Point was a large sponsor, he had never golfed; yet, he wanted to make a difference! It wasn't about him, it was about those kids. Do you know how many people tell me, "Well, I don't golf.", and would not sponsor a golf outing for children with Autism? Those people think about themselves. Not Ryan. He went, he sponsored, and he donated because he saw a child in need.

Maybe it was just like how he saw those babies in need that he took in as "his own". When I say "his own", I did not know they were NOT his biological children for quite some time! Not just because his connection and affection for them, but for their connection and affection for their "father". My own children have a father, but not one that is as devoted as Ryan is to his children, both biological and adoptive.

As I worked in the various locations of Braking Point with the families of the employees and their finances, I saw how Ryan's vision had impacted their lives. Many of the employees were affected by the opioid crisis or addiction themselves and took on the mantra of their leader/employer. I saw how his employees saw this man make an impact on the lives of others and they threw themselves into making a difference in their client's lives and even volunteered with various organizations to make an impact on the community.

Ryan may be formally uneducated, and I don't know the facts or the case in detail. Maybe he made a mistake or trusted the wrong advisor. But, I will tell you, Ryan's heart will come through the door when you see him for this hearing and he will be falling on the sword so that others will benefit. Please know that you can contact me for additional insight into whom this man really wanted to benefit. It is not him, even now, it is not him. I am confident that he comes before you, not to benefit himself, but to fall on the sword for others. He was UTTERLY devastated by the shutting down the facility and withdrew his own small amount of personal funds he had invested to make sure his employees got a timely paycheck when this issue hit the fan just before the holidays. The shutting down of Braking Point devastated his employees, their livelihood, their CLIENTS and if you knew the ripple effect and negative impact that the shutting down of Braking Point has had on the community, you would know that Ryan was a savior to the community he serviced.

I personally know a few people that his facility "got clean'. Their untraditional approach of belief in the individual and to eliminate their excuses with transportation and housing options that would aid in them making it to their treatment, has benefited the families of those affected with addiction and the employees that Braking Point employed. I'm saddened that because of this situation, Braking Point will never reopen to reunite the families of individuals that worked together to aid the epidemic of addiction and reunite the family of the 300+ employees that benefitted from making an impact in the community.

Ryan's angst from all these families losing their jobs, their hope, their families, and some their lives, has been punishment enough for Ryan. It is time to give Ryan some aid and healing. He missed the birth of his granddaughter, the graduation of his daughter, the holidays, and the smile's of the faces of the children he fought to serve. Isn't that punishment enough? I believe so.

Deanna Marchionda
Investment Advisor and Dear Friend of Ryan Sheridan

LAW OFFICES

# ROSSI & ROSSI CO.

26 MARKET STREET, 8ᵀᴴ FLOOR
HUNTINGTON BANK BUILDING
P.O. BOX 6045
YOUNGSTOWN, OHIO 44501
PHONE: 330/744-8695
FAX: 330/744-0334

December 23, 2019

Honorable Benita Y. Pearson, Judge
c/o Attorney Damian A. Billak

GREGG A. ROSSI
garossi@ameritech.net

JAMES N. MELFI
james.melfi19@gmail.com

DANIEL L. ROSSI
Retired

RE:  **United States of America v. Ryan Sheridan**

Dear Judge Pearson:

I am writing this letter of support on behalf of Ryan Sheridan.

I am and have been a practicing Mahoning County attorney for the last thirty years. I just finished serving as the President of the Mahoning County Bar Association.

I have been personally acquainted with Ryan Sheridan and would consider him a close personal friend. I have also done some small unrelated legal work for him.

I am aware that he has been charged and pled guilty, and accepted responsibility for his actions. I wish to offer the following regarding his character.

Ryan Sheridan has a huge heart. He has always been motivated to help others. He is a big kid at heart and loved children. He saw that the traditional approaches for dealing with the opioid crisis were unsuccessful in treatment and, therefore, got creative and aggressive. I saw him grow his company from ten employees to 300+ employees. He was making a difference in this approach and treatment, at least from my observations. His clients loved him, had hope, and were motivated for success. His staff was very loyal and grateful to him, many of whom he gave special and second chances to.

He loved kids and was super charitable as his company was expanding. He raised significant money and donated money for very noble causes, including The Rich Center for Autism and others. He gave of his time and money to help others.

He sat on round tables to try to educate people as to what was going on through the opioid crisis.

In a very short period of time, he made a significant impact and difference in the community, especially in the drug challenged community.

Honorable Benita Y. Pearson, Judge
December 23, 2019
Page 2

I believe the crimes upon which he has pled guilty to were
completely and totally out of character and may even have been
unintentional, but I do not know all the facts. I just know him.

I do not believe that he will ever be in trouble again. I do not
believe that he is a danger to the local community, himself, or
his family.

He has been an amazing father to his own child and father-figure
for those children that he has raised as his own. Raising the
son of his friend who died from a drug overdose is reflective of
his true spirit and character. His personal story is compelling.

I would ask that the Court grant him leniency as much as
possible within the guidelines and in light of the foregoing.

Thank you.

Sincerely yours,

GREGG A. ROSSI
garossi@ameritech.net

GAR:plw

Naomi C Schukert
777 W Market St Ste C7
Akron, OH 44303

January 10, 2020

Honorable Benita Y Pearson
c/o Attorney Damian A Billak
Billak Law Office
Creekside Professional Centre
Building F, Suite 100
6715 Tippecanoe Road
Canfield, OH 44406

Dear Judge Pearson:

I have known and loved Ryan Sheridan for almost 6 years now.  I met Ryan while we were running a marathon together.  We became instant friends, and our friendship blossomed quickly.  We never had a romantic or physical relationship, but one that has been full of friendship and love.  In the following years, we have traveled together to races, camped together, and also did some vacationing together. We knew and loved each other's significant others, and I know all of his children, and love them almost as much as my own.  I am honored to call him my best friend.

I have been heavily involved in Ryan's personal life, although I have only watched his professional life from the outside.  Because I also work in the medical field, we have often discussed his goals and plans, and I have visited most of the places Ryan has invested in, in one way or another, for a social visit.  I saw his passion and listened to his ideas for touching the lives of those who were lost in misery.  I listened as Ryan lamented at roadblocks he would run into for actually reaching more people.  Medicaid regulations limited everything from the amount of people he could help at one time, to how long he could help them.  Ryan shared with me that he even discussed some of these frustrating issues with other rehab owners and policy makers (my personal summary/definition of who attended) at a summit in Columbus.

I understand and know that Ryan has plead guilty to the charges placed before him.  Although the justice system strives to be fair for all, I wish that you, Judge Pearson, and Ryan could simply sit down over a cup of coffee, and discuss the last four to five years of Ryan's life.  You would have a much better viewpoint of the man he is, and the decisions he made, than the picture painted of him by either side of attorneys in this case.  Because you probably cannot, I hope that you allow me (and others) to give you a little piece of what I believe Ryan would tell you.

I do know the following.  Ryan's goal was never to promote or pay himself at the expense of anyone else.  He was frustrated with the many steps and bureaucracy of Medicaid.  He was frustrated that rehab facility owners were getting rich off of their clients, without providing long lasting solutions to help keep those same clients from returning to drugs.  From personal experience, he knew that one of the ways to provide that would be to help transplant that same energy and passion into something that had helped Ryan in his life:  physical exercise.  He also knew that there was a need to provide longer "aftercare" than other local facilities were providing.  Ryan was constantly considering what would be best for his clients.  He always thought outside the box. Many families are grateful to Ryan for helping their loved

one overcome their struggle with drugs.  He has many supporters in his local community.  For those who personally knew and interacted with Ryan, his goals and passions were always clear.

There are two things that I admire most about Ryan.  The first thing I love about Ryan is that he will give the shirt off of his back to anyone in need.  I have watched him go above and beyond for his employees, as well as his friends, family and those who he helped with various rehab services.  He is also generous to his community and has been involved with many charity events.  The second thing that I admire about Ryan, is the fact that he is brutally honest.  He will never shift any blame to others. He always accepts responsibility when he does something wrong.  Ryan has never shied away from bearing the responsibilities of his actions.

Ryan is certainly not perfect.  I would tease him frequently about how many times he had been pulled over by the police while driving, versus how many times I have (zero, for the record).  However, never once in the years that I have known him, has he wanted to harm those in society.  He has still struggled with sobriety at times, and I am grateful that he is sober now.  However, this man that I know and love is brilliant, with a vision that amazes me.  He is kind and loving and gracious, and has a heart for others.

I plead with you to take into consideration some of the things that may have led to him being charged in this case.  Ryan is not a man of complacency, and can, at times, charge forward into situations without waiting on red tape, because he sees a need and knows that he can make a difference. However, Ryan has never intentioned to hurt anyone, whether his clients, their families, nor the community.  He is a giving and caring man, who finds great joy in helping others.

Thank you for taking the time to read my interpretation and viewpoint of my best friend, Ryan Sheridan.

Sincerely,


Naomi C Schukert

From: **Kristin Sheridan** ████████████████
Subject: Statements
Date: January 9, 2020 at 4:37 PM
To: paula@billaklaw.com, dbillak@billaklaw.com



These were written by a detainee Dr Paul Hoover who spent hours with Ryan talking with him

Ryan P. Sheridan
Case: 4:19-CR00056-001

### Ryan Sheridan (Business Man)

Ryan has a success story founded on endless work days with moral decisions. His monetary success is somewhat accidental. Where it is not accidental is in his work ethic. When he perceives "failure", or better put an unsolved problem, his mind consumes him day and night. He then sees a solution usually as a structure. A structure meaning he sees how to put things and people together. He is not a micromanager and I am unclear and doubt if his vetting process of some employees is his strength. I think he gives people the benefit of the doubt and sees them as generally desiring the moral business pathway as their goals also. What I mean by the moral business pathway is the pathway of respecting life and wanting freedom, happiness and full potential for all people, particularly his clients. Profit and how much profit do not seem to be factored in as much into his calculation of a good business pathway. Making money will work itself out if you have supreme quality in a medical system such as recovery treatment. By way of structure Ryan sees what type of people can contribute to crisis solutions and he expertly gives the vision of the crisis assessment. Ryan goes boldly into his calculated solution without trepidation or timidity. This solution implementation is a huge factor in his many business successes. He is also a dynamic thinker with an incredible capacity to change avenues of care, even quite successful ones at present, as long as a better quality of care exists, even change to the point of lower revenues. Ryan is not driven by money, instead he is motivated by serving others. He would never "buy referrals" or engage in "unethical business practices" for monetary gain. Ryan clearly would be happy in a "blue collar" construction job. However, he would not be as happy because he has such a big heart and passion to help others in very meaningful ways. I am unsure and doubt Ryan fully realizes his positive attributes and strengths. This causes a natural humility in his character, however, I think it handicaps his defensive capacities. He trusts perhaps too much and forgives while putting himself at risk from less moral individuals. My final major thought her is Ryan's very rare bravery to look into the face of something that has robbed so much of his life, addiction with its often deadly consequences to many of his loved ones, and then to intimate with it daily in a whole hearted attempt to solve it. He does not take risks but engages challenges with his entire being. Risk does not exist because Ryan enters the challenge when solutions have been analyzed over and over again. The management in the highest escalons of his businesses need to be addressed in some added details. Ryan leads by example and 110% energy. He naturally assumes other high level management persons would try to emulate this role of leadership. His business success relies on Ryan's charisma and these talents are necessary in other high level managers. There are some situations where Ryan's business standards were disregarded and severe business harms were experienced. What impressed Ryan initially at the DUI school is what became the heart of his company as it grew. Namely, "all in" commitment to excellence with passion and enthusiasm for the betterment of every client. It is these types of strong bonds between Ryan, his staff and his clients which require so much charisma. As his businesses grew this business structure, with such a compassionate heart at its center, became strained and at times was derailed by managers not giving their best for others.

Ryan P. Sheridan
Case: 4:19-CR00056-001


Ryan Sheridan (Family Man)


   Ryan here shows his nature of heroic inclusivity.  He has a home of love and not biology.  His passion
for solving what he sees as any major crisis, for which he feels well suited, can easily preoccupy him
from his family.  This duality creates a lot of tension in him.  He has a very high standard of what love is.
Unconditional love, where disappointment and disapproval do not exist, is his standard of what love
should be.  He was denied it as a child, however, instead of becoming disillusioned, he gravitated toward
this standard of love.  He tries with all his being to create this somewhat supernatural standard of love in
the family he and his wife Kristin are building.  The character attributes that come from adventure,
courage and personal challenge have no limit to their value to Ryan.  He passionately fosters these in his
children, his wife, and I believe the employees in his business structures.  I think he wants to leave
behind a family and a world that is invested in their character attributes.  He sees change as natural and
forgiveness as necessary.  He is a peace keeper and not a conflict seeker.  He fosters independence in his
family relations, particularly parenting.  I see this independence concept as being highly valued by Ryan.
Because of his non hypocritical consistency he also seeks independence, as much as is wise, in those
employees and business associates to whom he feels trust.


This was written by a detainee that is a Dr. and has experience with psychoanalytical interviews and
   spent a lot of quality time with Ryan talking with him and taking notes.

Mellissa Smyth
36019 Glasgow Rd.
Salineville, OH 43945


Honorable Benita Y. Pearson
c/o Attorney Damian A. Billak
Billak Law Office
Creekside Professional Centre
Building, F, Suite 100
6715 Tippecanoe Road
Canfield. OH 44406


01/10/2020


The Honorable Judge Pearson,

I am writing this letter regarding Ryan Sheridan. My name is Mellissa Smyth and I have known Ryan for the last 4 years. I started working at Braking Point Recovery Center, LLC in February 2016. I was a young, single mother and was working at the United States Postal Service but needed a second job to take care of my daughter who was 2 years old at the time. I was hired in as a secretary by Trish Bokry and met Ryan shortly after my start date. From the day I had met Ryan, I knew he was one of the most kind, genuine people I will have ever known. After working at the front desk for a while, Kortney Gherardi asked if I would be her assistant. I agreed because I would receive an increase in pay and I absolutely loved working there. Finally, Ryan became so busy he asked me to be his assistant because I knew how to do all the small things around the office. I took this job because it meant that I could quit my second job and spend more time with my daughter. I loved working closely with Ryan and all the other employees. We saved so many lives and some of the clients from Braking Point are very close to my heart still to this day. Ryan's number one goal was to make sure the people who needed treatment were taken care of.

Working so closely to Ryan, I became to know him very well as a person. I know that many people came to him for help, and he would never turn them down. A girl once came and asked for money for beds for her children because she couldn't afford them, and Ryan made sure she got the beds. I know a woman came crying to Ryan for help in buying a car because hers broke down, and he wrote a check right there for her. I remember watching her cry tears of pure joy. I remember her coming back the next day in her new car and searching for Ryan everywhere because she was so happy to show him. I remember a mother losing her young teenage daughter to a horrible sickness and she didn't have the money for a proper funeral and without hesitation Ryan paid for the whole thing. I remember a woman asking for help to get her children into a nicer home in a safe neighborhood and Ryan gave her the down payment and first months rent to a nice house in canfield that her children would love. I remember Ryan talking about a woman and a man he looked up to more than anyone. The man passed away before I had ever had the chance to meet him, and I heard Ryan talk about how badly he wanted to make sure his wife was always okay. I still remember the day he told me that he had bought her a house. I could see in his face that he wanted to cry but held it back in front of me. I remember Ryan dressing as batman and going to visit sick kids-cancer patients at the children's hospital just to watch their faces light up with

joy. He was involved in so many charitable events to give back to the community that he was raised in. These are just some of the stories that I have had a chance to witness through the years. There are many-many more. Ryan had helped me also. Ryan helped me by giving me an opportunity to work for him. Ryan helped me by fixing my car once when it was broken down so that I could get my daughter to preschool. Ryan also helped me move into my own house and gave me a bed for my daughter. Ryan helped me buy things to survive. But what he helped me with the most didn't cost any money at all. He taught me how do so many things with my life to succeed and he taught me kindness. I had always looked up to Ryan because of the kind heart that he had. I knew everyone around him loved and cared for him so much and its because he was such a good person inside and out. I know he would be the first one to help anyone in need.

I know that Ryan has been charged, plead guilty, and accepted responsibility for his actions. I honestly feel as though Ryan didn't understand the severity of his actions because it was completely out of character for him. I considered Ryan my best friend. I do not believe that Ryan would have intentionally hurt all these people. There were hundreds of people and families effected by the closing of Braking Point Recovery Center and I just cannot believe that he would have done this on purpose. I do not believe Ryan would ever be a danger to the community and I don't believe that Ryan would ever do anything to be put back in the situation that he is in now. I am sure he feels publicly humiliated and never wants to put himself or his family through this again. I am sure that his only plans are to put this behind him and move forward with his life.

I ask that you make a fair decision for Ryan and give him the best reasonable opportunity. I believe that he will do what is right and continue to try to better himself as an individual. This has been so hard on not only him, but his children too. As a parent, I know his young children would really love to have him back home as soon as they possibly can.

Thank you so much for your time,

Mellissa Smyth

Dear Honorable Judge Pearson,

I really wanted to do something over the top to prove myself to you. I've had several meetings here with Mrs. Cook. Nothing lengthy but I wanted so badly to restart the treatment programs here at NEOCC and the AA & NA meetings here. She has been very positive with me and says I already ____ the job but unfortunately there has been no staff and they will not give us the group room without staff. In the last several months I have openly expressed my desire to work with addicts again. When I get home it will be AA for life for me. I have however in openly talking (and several members who I have worked with ____ to ____ in my cell. They have agreed to testify to this and have signed this letter as I included there ID numbers. My wife sent us treatment paperwork and we have mainly worked on relapse prevention and discussed our outside use and the pain we caused. Sometimes the guards break up our group but for the most part six or seven men drinking coffee and hanging out in

my cell keeping to ourselves doesn't
bother anyone. I will be donating
my paperwork to this facility when I
leave and my wife is working on getting some
of my centers up to date videos I can
donate as well.

I thought I should let you know
that my calls and letters are trying to make
the most of our time. I have spent
almost twenty years helping others recover
from addiction I know in the future this
will happen again I just can never
forgive again with my active addiction
but I can and remember always
I will never use helping others remain
sober.

I'm looking forward to getting this
behind us. I challenge my life.

Thank you,
Ryan Shinda
Shaun R. Smith #64704060
Louis Cillo #30870-060
Michael Ward 66695060
Ben A. McCormack 26891055

## *Ryan's Affiliations and Sponsorships*

*Akron Children's Hospital*
*American Cancer Society*
*American Lung Association*
*Austintown Dare Program*
*Austintown Fraternal Order of Police #126*
*Austintown Little Falcon's Softball*
*Badurik's Butcher Blocks*
*Beatitude House*
*Beta Alpha Psi at Youngstown State University*
*Bold Speed Ahead*
*Canfield Schools*
*Children's Sercices Citizens Committee*
*Chili Open Golf Classic*
*City of Warren – The Heroin Walk*
*Cleveland Fusion*
*Columbiana County Zombie Run*
*Davis Family YMCA*
*DDUSA Foundation*
*Drug Abuse Resistance Education (DARE)*
*Drug Education Officers of Mahoning Valley*
*Friends of Trumbull County Mental Health and Recovery*
*Hospice of the Valley*
*Hot Rod Super Nationals*
*Mahoning County Sheriff Department*
*Mahoning Valley Historical Society*
*Mindy Heidinger Fundraiser*
*Mineral Ridge Youth Baseball League*
*Natalie's Dance Company*
*Ohio Department of Mental Health and Addiction Services*
*Par Auction and Golf Event*
*Paul Kikta Fundraiser*
*Paul Munson Fundraiser*
*Poland Community Baseball*
*Racheal Coil Spaghetti Dinner*
*Read A Thon*
*Rich Center for Autism*
*Road Runners Club of America*
*Sahara Club II*
*SOS Children's Village*
*St. Vincent Depaul Society*
*Steel Valley Inner City Softball League*
*YMCA*
*Youngstown Symphony*
*YSU Penguin Power*